SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Hand and Nail Harmony, Inc. et al

                Plaintiff,

vs.

       District No.   2:15-cv-1191 GMN PAL

Guangzhou Cocome Cosmetics, Co. et al

                Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On July 10, 2015 this court received transcript order form dated July 10, 2015 requesting Transcript of a hearing held on July 10, 2015 from David Kahn, counsel for the Plaintiff in which the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 10th day of July, 2015.

_____
GLORIA M NAVARRO
United States District Chief Judge